UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>    Petitioner,<br><br>    v.<br><br>ATASCADERO STATE HOSPITAL CHIEF MEDICAL OFFICER,<br><br>    Respondent. | Case No. 17-00464 EJD (PR)<br><br>**ORDER OF DISMISAL** |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2017, the Clerk notified Petitioner that he needed to either pay the filing fee or file a motion for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 2.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: __3/9/2017_____    _____
                               EDWARD J. DAVILA
                               United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.17\00464Overton_dism-fee.docx